THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THE LONG ISLAND SAVINGS BANK of Brooklyn, Respondent; SAMUEL HANNA, Appellant.

(Submitted June 5, 1893 ; decided June 20, 1893.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made May 23, 1893, which affirmed two orders of Special Term, one confirming a report of sale of defendant's real property and the other denying a motion by Samuel Hanna to vacate said order and for a resale.

*John A. Carney* for appellant.

*S. W. Rosendale, Attorney-General,* for the People, respondent.

*John L. Hill* for Long Island Savings Bank, respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.